IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| MIDWEST OIL OF MINNESOTA, LLC, | : | NO. |
| | : | |
| Debtor. | : | |

## LIST OF EQUITY SECURITY HOLDERS

Dr. R.C. Samanta Roy Institute for Science & Technology, Inc.
1206 East Green Bay Street
Shawano, WI 54166