IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| MIDWEST OIL OF MINNESOTA, LLC, | : | NO. |
| | : | |
| Debtor. | : | |

LIST OF 20 LARGEST UNSECURED CREDITORS

To be supplied.