IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| MIDWEST OIL OF MINNESOTA, LLC, | : | NO. |
| | : | |
| Debtor. | : | |

## LIST OF SECURED CREDITORS

Vermillion State Bank
107 East Main Street
Vermillion, MN 55085

JPMorgan Chase Bank, N.A., as Collateral Agent
for Tiger Peg Capital Corp.
P.O. Box 4893
Houston, TX 77232-4893

Tiger Peg Capital Corp.
P.O. Box 2258
Houston, TX 77252-8059

William A. Egan, d/b/a Egan Oil Company
500 Bunker Lake Blvd NW
Anoka, MN, 55303-5012